UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAIME WELLS on behalf of himself and all
others similarly situated,,

                    Plaintiff,

      -against-

RADIOSHACK CORPORATION,
                    Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/2013

13 CIVIL 2733 (PAE)

**JUDGMENT**

    Radioshack having moved to dismiss, on the grounds that its use of the FWW method to calculate overtime was permitted under the NYLL, and the matter having come before the Honorable Paul A. Engelmayer, United States District Judge, and the Court, on November 7, 2013, having rendered its Opinion and Order granting Radioshack's motion to dismiss, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 7, 2013, Radioshack's motion to dismiss is granted; accordingly, the case is closed.

Dated:  New York, New York
           November 8, 2013

                                              RUBY J. KRAJICK
                                              _____
                                                    Clerk of Court
                         BY:
                                                    _____
                                                      Deputy Clerk

                                             THIS DOCUMENT WAS ENTERED
                                             ON THE DOCKET ON _____